**UNITED STATES DISTRICT COURT**
525 Magoffin, Room 105
El Paso, Texas 79901



**William G. Putnicki**
Clerk of Court

January 9, 2014

Clerk of Court
333 West Broadway, Suite 420
San Diego, California 92101

RE: USA v. Eugenio Ponce-Corrado
Your case number: 13-CR-4516-CAB
Texas case number: EP:14-M-0070-NJG

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Norbert J. Garney in El Paso, Texas. The following action has been taken.

- [X] U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

- [ ] THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

You may access electronically filed documents in this case at our ECT/PACER web address *https://ecf.txwd.uscourts.gov/cgi-bin/login.pl*.  Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the El Paso office.

Sincerely,

*Jode Bejarano*
Jode Bejarano, Deputy Court Clerk